J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
CATHERINE E. WHEELER (SBN 244857)
cwheeler@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
ALAMEDA COUNTY DEPUTY SHERIFF
MICHAEL MENARD, ALAMEDA COUNTY
DEPUTY SHERIFF JONATHAN HAMM,
ALAMEDA COUNTY DEPUTY SHERIFF
JOSHUA ROBERTSON, and COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCOTT FOX,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY DEPUTY SHERIFF MICHAEL MENARD, in his individual capacity, ALAMEDA COUNTY DEPUTY SHERIFF J. HAMM, in his individual capacity, ALAMEDA COUNTY DEPUTY SHERIFF J. ROBERTSON, in his individual capacity, COUNTY OF ALAMEDA, and DOES 2 through 20.<br><br>Defendants. | Case No.: C 09-0914 CW<br><br>**STIPLUATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR MEDIATION PURSUANT TO ADR LOCAL RULE 37, 6-5**<br><br>Judge:         The Honorable Claudia Wilken<br>Courtroom:  2<br>Trial Date:   November 1, 2010 |

WHEREAS:

1. The last day to complete mediation is September 10, 2009; and

2. The mediation has been assigned to Steven Saltiel, Assistant United States Attorney; and

3. The participants at the mediation will include Mr. Saltiel, the plaintiff and his counsel, the three named deputy defendants, a representative from the Alameda County Sheriff's Office, a representative from Alameda County, a claims representative on behalf of the defendants, and

{00061942.DOC/}AIMS 0746                                                                                      Fox v. Menard, et al.. C 09-0914 CW
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR MEDIATION

1

1 defendants' counsel; and

2     4. The only date that was mutually available for all persons mentioned in paragraph 3 above is
3 September 22, 2009; and

4     5. ADR Local Rule 37, 6-5, provides that requests may be made to extend mediation deadlines.

5 THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD,
6 HEREBY AGREE AND STIPULATE as follows:

7     6. The mediation deadline should be extended from September 10, 2009 to September 22, 2009;
8 and

9     7. Pending an Order granting this Stipulation to extend the deadline for mediation, it is agreed
10 that mediation will be completed on September 22, 2009, by a mediation session commencing at 10
11 a.m. with Mr. Saltiel at the U.S. Attorney's Office, 450 Golden Gate Avenue, San Francisco, California.

12     This Stipulation may be executed in subparts and signatures transmitted by facsimile may be
13 deemed as original signatures.

14     IT IS SO STIPULATED.

DATE: Aug 13, 2009

ANDRADA & ASSOCIATES

By _____
CATHERINE E. WHEELER
Attorneys for Defendants DEPUTY MICHAEL MENARD, DEPUTY JONATHAN HAMM, DEPUTY JOSHUA ROBERTSON, and COUNTY OF ALAMEDA

CASPER, MEADOWS, SCHWARTZ & COOK

DATE: **August 17, 2009**

By _____
ANDREW C. SCHWARTZ
Attorney for Plaintiff SCOTT FOX

IT IS SO ORDERED.

DATE:     8/21/09

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

{00061942.DOC/}AIMS 0746      Fox v. Menard, et al., C 09-0914 CW
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR MEDIATION